UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JAMES MANNING, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:23-cv-2272-B |
| KAUFMAN COUNTY SHERIFF'S OFFICE, | | |
| Defendant. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: November 9, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-